■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESMOND HERRING, Appellant. [709 NYS2d 68] —Judgment, Supreme Court, New York County (Edwin Torres, J.),.rendered July 28, 1999, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him, as a second felony offender, to a term of 10 years to life, unanimously affirmed.

Defendant's suppression motion was properly denied. There is no basis upon which to disturb the court's credibility determinations, which are supported by the record. The record supports the court's finding that the police stop of defendant's vehicle was based on traffic infractions and was not pretextual. Defendant's flight from the marked police van, resulting in a chase, followed by his act of reaching into his waistband, gave the police a reasonable belief that he was reaching for a weapon (see, People v Benjamin, 51 NY2d 267). Therefore, the officer appropriately touched the area where defendant had been reaching, and when the officer felt a "very hard object" in defendant's pants, the officer was entitled to remove it (see, People v Woods, 64 NY2d 736). Concur—Rosenberger, J. P., Nardelli, Ellerin, Andrias and Saxe, JJ.

■ NANCY PIPERSBERG, Appellant, v DOME PROPERTY MANAGEMENT, Respondent. (And a Third-Party Action.) [710 NYS2d 878] —Order, Supreme Court, Bronx County (Alan Saks, J.), entered June 22, 1999, which granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Summary judgment dismissing the complaint was properly granted since plaintiff, in response to defendant's prima facie showing of entitlement to judgment as a matter of law, failed to adduce evidence sufficient to raise a triable issue of fact as to whether defendant property management company was responsible for the maintenance of the premises at which plaintiff allegedly sustained her injury.

We have examined plaintiff's remaining arguments and find them unavailing. Concur—Rosenberger, J. P., Nardelli, Ellerin, Andrias and Saxe, JJ.